

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT 06103 | New Haven, CT 06510 | Bridgeport, CT 06604 |
| Phone: 860.240.3200 | Phone: 203.773.2140 | Phone: 203.579.5861 |
| Fax: 860.240.3211 | Fax: 203.773.2334 | Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

August 27, 2021

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:  Carnicelli v. Fareri et al
Civil Docket No.: 3:21-cv-00792-RNC

## NOTICE OF TRANSFER

The above-captioned case has been transferred to your court pursuant to an order entered on August 2, 2021.  For reference, please note the following:

☒ The file is in electronic format unless otherwise noted below.  You may access the electronic docket and the case file through our website at https://ecf.ctd.uscourts.gov/, using your PACER login/password.

Items enclosed:

☐ Original documents not otherwise filed electronically

☒ Certified copy of the electronic docket sheet

☐ Certified copy of the Order of Transfer to your jurisdiction

A duplicate notice is provided to acknowledge receipt of this notice and the enclosed documents.  Please complete the acknowledgment and return it to this office.

Sincerely,

ROBIN D. TABORA, Clerk
By

 /s/ Michael Bozek
Michael Bozek
Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _____   DATE: _____

PRINTED NAME: _____   CIVIL CASE NO.: _____

CLOSED,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:21−cv−00792−RNC

| | |
|---|---|
| Carnicelli v. Fareri et al | Date Filed: 06/10/2021 |
| Assigned to: Judge Robert N. Chatigny | Date Terminated: 08/02/2021 |
| Cause: 28:1452 Removal of Claim in Civil Action Related to BK. Case | Jury Demand: None |
| | Nature of Suit: 160 Stockholders Suits |
| | Jurisdiction: Federal Question |

**Plaintiff**

**James Carnicelli, Jr.**     represented by     **Joseph Pastore**
Pastore & Dailey, LLC
4 High Ridge Park 3rd Fl.
Stamford, CT 06905
203−658−8454
Fax: 203−348−0852
Email: jpastore@psdlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John J. Fareri**     represented by     **Johanna G. Zelman**
Ford Harrison, LLP
CityPlace II
185 Asylum Street
Suite 610
Hartford, CT 06103
860−740−1361
Fax: 860−740−1393
Email: jzelman@fordharrison.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Sheskier**

**Defendant**

**Julie Fareri**

**Defendant**

**Gateway Development Group, Inc.**     represented by     **Irve J. Goldman**
Pullman & Comley − Bpt
850 Main St., PO Box 7006
Bridgeport, CT 06601−7006

|  | 203–330–2213 |
|---|---|
|  | Fax: 203–576–8888 |
|  | Email: igoldman@pullcom.com |
|  | *LEAD ATTORNEY* |
|  | *ATTORNEY TO BE NOTICED* |

**Nominal Defendant**

| **Gateway Development Group, Inc.** | represented by | **Howard P Magaliff** |
|---|---|---|
|  |  | Rich Michaelson Magaliff, LLP |
|  |  | 335 Madison Avenue |
|  |  | 9th Floor |
|  |  | New York, NY 10017 |
|  |  | 646–453–7851 |
|  |  | Fax: 212–913–9644 |
|  |  | Email: hmagaliff@r3mlaw.com |
|  |  | *LEAD ATTORNEY* |
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  |  |
|  |  | **Irve J. Goldman** |
|  |  | (See above for address) |
|  |  | *LEAD ATTORNEY* |
|  |  | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2021 | 1 | NOTICE OF REMOVAL by Gateway Development Group, Inc. from State of Connecticut Superior Court of Stamford, case number FST–CV–20–6048778–S . Filing fee $ 402 receipt number ACTDC–6540731, filed by Gateway Development Group, Inc.(Goldman, Irve) Modified on 6/10/2021 to correct filer(Hushin, Z.). Modified on 6/11/2021 to correct removed case # (Hushin, Z.). (Entered: 06/10/2021) |
| 06/10/2021 |  | Judge Robert N. Chatigny added. (Oliver, T.) (Entered: 06/10/2021) |
| 06/10/2021 | 2 | Order on Pretrial Deadlines: Amended Pleadings due by 8/9/2021. Discovery due by 12/10/2021. Dispositive Motions due by 1/14/2022. Signed by Clerk on 06/10/2021. (Peterson, M) (Entered: 06/11/2021) |
| 06/10/2021 | 3 | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Robert N. Chatigny on 06/10/2021. (Peterson, M) (Entered: 06/11/2021) |
| 06/10/2021 | 4 | STANDING PROTECTIVE ORDER Signed by Judge Robert N. Chatigny on 06/10/2021. (Peterson, M) (Entered: 06/11/2021) |
| 06/11/2021 | 5 | NOTICE TO COUNSEL/SELF–REPRESENTED PARTIES : Counsel or self–represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 1 Notice of Removal, filed by Gateway Development Group, Inc., 3 Electronic Filing Order, 4 Protective Order, 2 Order on Pretrial Deadlines Signed by Clerk on 06/11/2021. (Attachments: # 1 Standing Order on Removed Cases) (Peterson, M) (Entered: 06/11/2021) |

| 06/11/2021 | 6 | NOTICE OF REMOVAL by Gateway Development Group, Inc. from Bankr. S.D.N.Y., case number 21–22304., filed by Gateway Development Group, Inc..(Goldman, Irve) (Entered: 06/11/2021) |
|---|---|---|
| 06/14/2021 | 7 | NOTICE of Appearance by Irve J. Goldman on behalf of Gateway Development Group, Inc. *Chapter 7 Trustee Howard Magaliff* (Goldman, Irve) (Entered: 06/14/2021) |
| 06/14/2021 | 8 | MOTION to Transfer to Another District *filed by Howard Magaliff, Chapter 7 Trustee of Gateway Development Group, Inc.* by Gateway Development Group, Inc.. (Goldman, Irve) (Entered: 06/14/2021) |
| 06/14/2021 | 9 | NOTICE of Appearance by Joseph Pastore on behalf of James Carnicelli, Jr (Pastore, Joseph) (Entered: 06/14/2021) |
| 06/14/2021 | 10 | NOTICE of Appearance by Howard P Magaliff on behalf of Gateway Development Group, Inc. *on behalf of Howard Magaliff, Chapter 7 Trustee for Gateway Development Group, Inc.* (Magaliff, Howard) (Entered: 06/14/2021) |
| 06/15/2021 | 11 | MOTION to Substitute Party – *Chapter 7 Trustee as Plaintiff for Derivative Claims and as a Party in Place of the Gateway Development Group, Inc.* by Gateway Development Group, Inc.. (Goldman, Irve) (Entered: 06/15/2021) |
| 06/15/2021 | 12 | NOTICE of Appearance by Johanna G. Zelman on behalf of John J. Fareri (Zelman, Johanna) (Entered: 06/15/2021) |
| 06/16/2021 | 13 | WITHDRAWN– MOTION to Remand to State Court by James Carnicelli, Jr.Responses due by 7/7/2021 (Pastore, Joseph) Modified on 7/21/2021 (Imbriani, Susan). (Entered: 06/16/2021) |
| 06/16/2021 | 14 | WITHDRAWN – OBJECTION *to Motion to Transfer Venue* filed by James Carnicelli, Jr. (Pastore, Joseph) Modified on 7/21/2021 (Imbriani, Susan). (Entered: 06/16/2021) |
| 06/16/2021 | 15 | Memorandum in Support re 13 MOTION to Remand to State Court , 8 MOTION to Transfer to Another District *filed by Howard Magaliff, Chapter 7 Trustee of Gateway Development Group, Inc.* filed by James Carnicelli, Jr. (Attachments: # 1 Exhibit Award of Arbitrators, # 2 Exhibit Memorandum of Decision on Motion to Dismiss, # 3 Exhibit Joint Scheduling Order)(Pastore, Joseph) (Entered: 06/16/2021) |
| 06/25/2021 | 16 | MOTION for Extension of Time until 14 days from Bankruptcy Court ruling *to* file memorandum directed to Carnicelli's memorandum in opposition to the Transfer Motion and a memorandum in opposition to the memorandum in support of the Remand Motion by Gateway Development Group, Inc.. (Goldman, Irve) (Entered: 06/25/2021) |
| 07/01/2021 | 17 | ORDER granting 16 Consent Motion for Extension of Time until 14 days from the date the Bankruptcy Court issues a decision on the Motion to Dismiss to file, (i) a reply memorandum in response to Carnicelli's opposition memorandum to the Transfer Motion; and (ii) a memorandum in opposition to the memorandum in support of the Remand Motion. Signed by Judge Robert N. Chatigny on 7/1/2021. (Rickevicius, L.) (Entered: 07/01/2021) |
| 07/16/2021 | 18 | MOTION to Withdraw 13 MOTION to Remand to State Court by James Carnicelli, Jr. (Pastore, Joseph) (Entered: 07/16/2021) |

| | | |
|---|---|---|
| 07/16/2021 | 19 | MOTION to Withdraw 14 Objection by James Carnicelli, Jr. (Pastore, Joseph) (Entered: 07/16/2021) |
| 07/19/2021 | 20 | ORDER granting 18 Motion to Withdraw 13 Motion to Remand. Signed by Judge Robert N. Chatigny on 7/19/2021. (Rickevicius, L.) (Entered: 07/19/2021) |
| 07/19/2021 | 21 | ORDER denying as moot 13 Motion to Remand to State Court in light of the request to withdrawal the motion. See ECF No. 20. Signed by Judge Robert N. Chatigny on 7/19/2021. (Rickevicius, L.) (Entered: 07/19/2021) |
| 07/19/2021 | 22 | ORDER granting 19 Motion to Withdraw 14 Objection. Signed by Judge Robert N. Chatigny on 7/19/2021. (Rickevicius, L.) (Entered: 07/19/2021) |
| 08/02/2021 | 24 | ORDER granting 8 Motion to Transfer to Another District. The motion is granted for substantially the reasons stated therein. Signed by Judge Robert N. Chatigny on 8/2/21. (Taylor, L.) Modified on 8/3/2021 to give docket entry a document number (Bozek, M.). (Entered: 08/02/2021) |
| 08/02/2021 | 23 | ORDER denying 11 Motion to Substitute Party. The motion is denied as moot, in light of the order granting the motion to transfer. Signed by Judge Robert N. Chatigny on 8/2/21. (Taylor, L.) (Entered: 08/02/2021) |
| 08/02/2021 | | JUDICIAL PROCEEDINGS SURVEY – FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi–bin/Dispatch.pl?survey<br>(Bozek, M.) (Entered: 08/19/2021) |
| 08/03/2021 | | Docket Entry Correction re 24 Order. Modified to give entry a document number. (Bozek, M.) (Entered: 08/03/2021) |