**PASTORE LLC**
4 High Ridge Park, 3rd Floor
Stamford, CT 06905
Telephone: (203) 658 – 8454
Facsimile: (203) 717 - 5550
Attorney appearing: Melissa Rose McClammy
(mmcclammy@pastore.net)
Attorney for James Carnicelli, Jr, Plaintiff

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                  Chapter 7
THE GATEWAY DEVELOPMENT GROUP, INC.     Case No. 21-22304 (RDD)

                Debtor.

-------------------------------------------------------------------X
JAMES CARNICELLI, Jr., et. al.

                Plaintiffs,                                Adversary Proceeding
                                                                  No. 21-7093

   v.

CHRISTOPHER SHESKIER, et al.

                Defendants

-------------------------------------------------------------------X

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

     **PLEASE TAKE NOTICE**, that the undersigned appears as counsel in this adversary proceeding for JAMES CARNICELLI, JR., a Plaintiff with respect to the direct claims asserted in the removed action.

1

Dated: Stamford, Connecticut
December 3, 2021    JAMES CARNICELLI, JR.
PLAINTIFF

By:  /s/ *Melissa R. McClammy*
Melissa R. McClammy, Esq. (MM7258)
Pastore LLC
4 High Ridge Park, Third Floor
Stamford, Connecticut 06905
Tel: (203) 658-8454

\*    \*    \*    \*

420 Lexington Avenue, Third Floor

New York, New York 10170

Tel: (845) 667-5711
mmclammy@pastore.net
His Attorneys