PASTORE LLC
Attorneys for Plaintiff/Counterclaim Defendant James Carnicelli Jr.
420 Lexington Ave
Third Floor
New York, NY, 10170
Tel: (845) 667-5711
Joseph M. Pastore III
Melissa Rose McClammy

**UNITED STATES BANKRUPTCY COURT**　　*Hearing Date: July 12, 2022 @ 10:00 a.m.*

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>THE GATEWAY DEVELOPMENT GROUP, INC.,<br><br>　　　　　　　Debtor. | Chapter 7<br><br>Case No. 21-22304-rdd |
| JAMES CARNICELLI, JR. and HOWARD P. MAGALIFF, Chapter 7 Trustee of The Gateway Development Group, Inc.,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>JOHN J. FARERI, JULIE FARERI and CHRISTOPHER SHESKIER,<br>　　　　　　　Defendants. | Adv. Proc. No. 21-7093-rdd |
| JOHN J. FARERI,<br>　　　　　　Counterclaim Plaintiff,<br><br>v.<br><br>JAMES CARNICELLI, JR.,<br>　　　　　　Counterclaim Defendant. | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF
PLAINTIFF/COUNTERCLAIM DEFENDANT JAMES CARNICELLI JR.
TO DISMISS DEFENDANT/COUNTERCLAIM PLAINTIFF
<u>JOHN J. FARERI'S COUNTERCLAIM</u>**

**PLEASE TAKE NOTICE**, that the hearing on the Motion of Plaintiff/Counterclaim Defendant James Carnicelli Jr. to dismiss Defendant/Counterclaim Plaintiff John J. Fareri's Counterclaim (ECF No. 30) in the above matter has been adjourned from June 14, 2022 at 10:00

1

a.m. to July 12, 2022 at 10:00 a.m. before the Honorable Sean H. Lane, Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10004 via Zoom for Government.

Dated: New York, New York
      June 8, 2022

**PLAINTIFF/COUNTERCLAIM DEFENDANT, James Carnicelli, Jr.**

**PASTORE LLC**

By: */s/ Joseph M. Pastore III*
Joseph M. Pastore III
Melissa Rose McClammy
420 Lexington Ave
Third Floor
New York, NY, 10170
Tel: (845) 667-5711
Jpastore@pastore.net
Mmcclammy@pastore.net

**LEVITT LLP**

By: /s/ Steven L. Levitt_____
Steven L. Levitt, Esq.
Trevor M. Gomberg, Esq.
  129 Front Street
Mineola, New York 11501
Tel: (516) 248-9700
slevitt@levittlawllp.com
tgomberg@levittlawllp.com

**DAVIDOFF HUTCHER & CITRON LLP**

By: */s/ Robert L. Rattet*_____
Robert L. Rattet
Jonathan S. Pasternak
605 Third Avenue
New York, New York 10158
(212) 557-7200
rlr@dhclegal.com
jsp@dhclegal.com

*Attorneys for Plaintiff/Counterclaim Defendant*