UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>THE GATEWAY DEVELOPMENT GROUP, INC.,<br><br>         Debtor. | Chapter 7<br><br>Case No. 21-22304 (SHL) |
| JAMES CARNICELLI, JR. and HOWARD P. MAGALIFF, Chapter 7 Trustee of The Gateway Development Group, Inc.,<br><br>         Plaintiffs,<br><br>v.<br><br>JOHN J. FARERI, JULIE FARERI and CHRISTOPHER SHESKIER,<br><br>         Defendants. | Adv. Proc. No. 21-7093 (SHL)<br><br>**STATEMENT PURSUANT<br>TO RULE 9027(e)(3)** |
| JOHN J. FARERI,<br><br>         Counterclaim Plaintiff,<br><br>v.<br><br>JAMES CARNICELLI, JR.,<br><br>         Counterclaim Defendant. | |

  Pursuant to Rule 9027(e)(3), the above-named Defendants and Counterclaim Plaintiff state that they do not consent to entry of final orders or judgment by the Bankruptcy Court.

Dated: New York, New York
    July 11, 2022

                        AMINI LLC

                         /s/ Avery Samet
                         Avery Samet
                         Jeffrey Chubak
                         131 West 35th Street, 12th Floor
                         New York, New York 10001
                         (212) 490-4700
                         asamet@aminillc.com
                         jchubak@aminillc.com
                         Attorneys for Defendants and Counterclaim Plaintiff