| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | HEARING DATE: 8/2/2022 @ 10:00 A.M. |

---------------------------------------------------------- x
In re:                                         :    Case No. 21-22304 (SHL)

THE GATEWAY DEVELOPMENT GROUP, INC.,

                     Debtor.
---------------------------------------------------------- x
HOWARD MAGALIFF, TRUSTEE, and    :    Adv. Proc. No. 21-07093 (SHL)
JAMES CARNICELLI, JR.,

                 Plaintiffs,

                 -against-

JOHN J. FARERI, JULIE FARERI, and CHRISTOPHER SHESKIER,

                 Defendants.
---------------------------------------------------------- X
JOHN J. FARERI,
                 Counterclaim-Plaintiff,

                 v.

JAMES CARNICELLI, JR.

                 Counterclaim Defendant.
---------------------------------------------------------- X

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE**, that the Court will hold a status conference on the above referenced Adversary Proceeding, and certain matters in the Chapter 7 case, on August 2, 2022 at 10:00 a.m. before the Honorable Sean H. Lane, Bankruptcy Judge, via Zoom® for Government at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601.

Dated: July 21, 2022
Stamford, Connecticut

**PLAINTIFF,**
**James Carnicelli, Jr.**

By: */s/ Joseph M. Pastore III*
Joseph M. Pastore III
Melissa Rose McClammy
Pastore LLC
420 Lexington Ave
Third Floor
New York, NY, 10170
Tel: (845) 667-5711
Jpastore@pastore.net
Mmcclammy@pastore.net

**LEVITT LLP**

By: */s/ Steven L. Levitt*
Steven L. Levitt
Trevor M. Gomberg
129 Front Street
Mineola, New York 11501
Tel: (516) 248-9700
slevitt@levittlawllp.com
tgomberg@levittlawllp.com

**DAVIDOFF HUTCHER & CITRON, LLP**

By: */s/Robert L. Rattet*
Robert L. Rattet
James B. Glucksman
120 Bloomingdale Road
White Plains, New York 10605
Tel: (914) 381-7400
rlr@dhclegal.com

cc: ALL PARTIES RECEIVING ECF NOTICE