DAVIDOFF HUTCHER & CITRON LLP        *Hearing Date: October 6, 2022*
*Attorneys for James J. Carnicelli Jr.*        *Hearing Time: 2:00 p.m.*
605 Third Avenue
New York, New York 10158
(212) 557-7200
Robert L. Rattet, Esq.
James B. Glucksman, Esq

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
In re:        :    Case No. 21-22304-(SHL)
       :
THE GATEWAY DEVELOPMENT GROUP,    :
INC.,        :
       :
Debtor.        :
--------------------------------------------------------- x
HOWARD MAGALIFF, TRUSTEE, and    :    Adv. Proc. No. 21-07093 (SHL)
JAMES CARNICELLI, JR.,        :
       :
Plaintiffs,        :
       :
-against-        :
       :
JOHN J. FARERI, JULIE FARERI, and    :
CHRISTOPHER SHESKIER,        :
      
Defendants.       
--------------------------------------------------------- X
JOHN J. FARERI,        :

Counterclaim-Plaintiff,

v.
       :
JAMES CARNICELLI, JR.,

Counterclaim Defendant.
--------------------------------------------------------- X

**NOTICE OF HEARING ON JOINT MOTION TO REMAND PROCEEDING TO
THE JUDICIAL DISTRICT OF STATE OF CONNECTICUT, SUPERIOR COURT OF
STAMFORD/NORWALK OR, IN THE ALTERNATIVE, FOR MANDATORY OR
<u>PERMISSIVE ABSTENTION</u>**

1

**PLEASE TAKE NOTICE**, that a hearing to consider the Motion to Remand Proceeding to the Judicial District of the State of Connecticut Superior Court of Stamford/Norwalk or, in the Alternative, for Mandatory or Permissive Abstention, of Plaintiffs James Carnicelli, Jr. and Howard Magaliff a/t/o The Gateway Development Group, Inc., filed by and through the undersigned, will take place on October 6, 2022 at 2:00 p.m. before the Honorable Sean H. Lane, Bankruptcy Judge, via Zoom® for Government at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, or as soon thereafter as counsel may be heard, to consider the Motion and the Debtor's request therein for entry of an order:

1. Remanding the Adversary Proceeding to the Judicial District of the State of Connecticut Superior Court of Stamford/Norwalk pursuant to 28 U.S.C. § 1452(b) or, in the alternative, abstaining and remanding based on mandatory or permissive abstention.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing will be held via Zoom for Government only. Parties who wish to appear must register with Zoom for Government. Those requiring active participant access must register appearances in advance on the Court calendar webpage in advance of the hearing.

Dated: August 31, 2022

<div style="margin-left:40%">

**PLAINTIFF,**
**HOWARD P. MAGALIFF,**
**TRUSTEE**

By: */s/ Irve J. Goldman*
Irve J. Goldman
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604
203-330-2000 (Tel.)
203-576-8888 (Fax)
igoldman@pullcom.com

</div>

**PLAINTIFF,**
**James Carnicelli, Jr.**

By: */s/ Joseph M. Pastore III*
Joseph M. Pastore III
Melissa Rose McClammy
Pastore LLC
420 Lexington Ave, Third Floor
New York, NY, 10170
Tel: (845) 667-5711
Jpastore@pastore.net
Mmcclammy@pastore.net


**PLAINTIFF,**
**James Carnicelli, Jr.**

By: */s/ Robert L. Rattet*
Robert L. Rattet
James B. Glucksman
120 Bloomingdale Road
White Plains, New York 10605
Tel: (914) 381-7400
rlr@dhclegal.com
jbg@dhclegal.com