

**DAVIDOFF HUTCHER & CITRON LLP**
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

WRITER'S DIRECT: 914-381-7400
E-MAIL: RLR@DHCLEGAL.COM

September 16, 2022

VIA ELECTRONIC FILING AND EMAIL

Honorable Sean H. Lane
U.S. Bankruptcy Court
Southern District of N.Y.
300 Quarropas Street
White Plains, New York 10601

    Re: <u>In re The Gateway Development Group, Inc., Debtor
       Chapter 7, Case No. 21-22304 (SHL)    .</u>

       <u>James Carnicelli, Jr. and Howard P. Magaliff, Chapter 7, Trustee of The
       Gateway Development Group, Inc., Plaintiffs, v. John J. Fareri, Julie
       Fareri and Christopher Sheskier, Defendants; Adv. Proc. 21-7093 (the
       "Adversary Proceeding")</u>

Honorable Judge:

   This firm represents James Carnicelli Jr. ("Mr. Carnicelli"). We write this letter, at the Court's request, regarding the filing of reply papers, and the return date on the Joint Motion of the Trustee and James J. Carnicelli Jr. (collectively, "Plaintiffs") to Remand this proceeding to Connecticut Superior Court.

   We are requesting that Plaintiffs have leave to file reply papers by October 10, 2022. We further request that the hearing on the Motion to Remand occur the following week, if that is convenient to the Court.

      We thank the Court in advance for its consideration of these issues. If you have any questions, please do not hesitate to contact the undersigned.

                                         Respectfully,

                                         /s/ Robert L. Rattet

CC:    All counsel via ECF

**MEMORANDUM ENDORSED ORDER:**

**The proposed briefing schedule is approved. The Court will schedule a hearing on the motion to remand after it has had an opportunity to review all the parties' submissions.**

**So Ordered.**

**Dated: September 21, 2022**

<u>**/s/ Sean H. Lane**</u>
**United States Bankruptcy Judge**