**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>THE GATEWAY DEVELOPMENT GROUP, INC.,<br><br>          Debtor. | Chapter 7<br><br>Case No. 21-22304-shl |
| JAMES CARNICELLI, JR. and HOWARD P. MAGALIFF, Chapter 7 Trustee of The Gateway Development Group, Inc.,<br><br>          Plaintiffs,<br><br>v.<br><br>JOHN J. FARERI, JULIE FARERI and CHRISTOPHER SHESKIER,<br><br>          Defendants. | Adv. Proc. No. 21-7093-shl<br><br>**DECLARATION OF AVERY SAMET IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND OR ABSTAIN**<br><br>Re: Dkt. 48 |
| JOHN J. FARERI,<br><br>          Counterclaim Plaintiff,<br><br>v.<br><br>JAMES CARNICELLI, JR.,<br><br>          Counterclaim Defendant. | |

AVERY SAMET hereby declares:

1. I am a member of Amini LLC, counsel for Defendants and Counterclaim Plaintiff, and submit this declaration in opposition to Plaintiffs' motion to remand or abstain under 28 U.S.C. § 1334(c) and 1452(b).

2. Annexed hereto as exhibits are true copies of the following documents:

| Exhibit # | Document Description |
|---|---|
| 1 | July 7, 2021 Hearing Transcript in Debtor's case |
| 2 | James Carnicelli Proof of Claim |
| 3 | James Carnicelli Initial Disclosures |

| Exhibit # | Document Description |
|---|---|
| 4 | May 9, 2022 Email from Trustee's Counsel to Defendants' Counsel with Attachment (Proposed Scheduling Order) |
| 5 | July 18, 2022 Email from Carnicelli's Counsel to Chambers with Attachment (Proposed Scheduling Order) |
| 6 | Examiner Subpoena |
| 7 | Objection to Examiner Subpoena |
| 8 | Notice of Removal, Annexing Summons and Complaint in 2022 District of Connecticut Action |
| 9 | Notice of Voluntary Dismissal of 2022 District of Connecticut Action |

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2022.

/s/ Avery Samet
Avery Samet