# EXHIBIT 9

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES CARNICELLI JR., | : | |
| | : | |
| Plaintiff, | : | Case No. 3:22-CV-1078 |
| | : | |
| vs. | : | |
| | : | |
| JOHN J. FARERI, JULIENNE FARERI ZIELINSKI, | : | |
| and CHRISTOPHER SHESKIER, | : | August 30, 2022 |
| | : | |
| Defendants | : | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, James Carnicelli, Jr., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, hereby dismisses the above action against Defendants John J. Fareri, Julienne Fareri

Zielinski, and Christopher Sheskier, without prejudice.

Dated: August 30, 2022

**PLAINTIFF**
**James Carnicelli, Jr.**


By: */s/ Joseph M. Pastore III*
Joseph M. Pastore III
Melissa Rose McClammy
Pastore LLC
4 High Ridge Park, Third Floor
Stamford, CT 06905
203-658-8454 (Tel.)
203-717-5550 (Fax)
jpastore@pastore.net